IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TIMOTHY WALLACE,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS; WADE CHANCY;
and BRIAN OWENS,

    Defendants.

CIVIL ACTION NO.: CV511-024

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Georgia Department of Corrections and Brian Owens, Commissioner of the Georgia Department of Corrections, are **DISMISSED**.

SO ORDERED, this _____ day of _____, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)